Nancy Curry
Chapter 13 Standing Trustee
606 Olive Street, Suite 950
Los Angeles, CA 90014
(213) 689-3014   FAX (213) 689-3055

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| In re: | ) | CHAPTER 13 |
|---|---|---|
| KOVE, GREGORY MARK | ) | CASE NO. 2:09-bk-31184-VZ |
|  | ) | **NOTICE AND MOTION TO DISMISS CHAPTER 13 CASE BY STANDING TRUSTEE BECAUSE OF DELINQUENT PLAN PAYMENTS** PURSUANT TO 11 USC §1307 (c) |
| Debtor | ) | **NO HEARING REQUIRED** |

**TO THE CHAPTER 13 DEBTOR; DEBTOR'S ATTORNEY; AND ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that Nancy Curry, Chapter 13 Trustee, will and hereby does move the Court for an order dismissing the debtor's case if plan payments are not brought current. This motion is based on the attached declaration.

<u>**DEADLINE FOR OPPOSITION AND REQUEST FOR HEARING**</u>

Local Bankr. R. 9013-1 (o)(1) provides that any response and request for hearing must be filed and served not later than 14 days of the date of service.

A party who responds to a Trustee's motion to dismiss must obtain a hearing date from the Court and give notice thereof with the response. Local Bankr. R. 3015-1 (w)(3).

<u>**BASIS OF THE MOTION**</u>

This motion is based on the grounds that the debtor has failed to tender plan payments in accordance with the confirmed plan.

DATED: March 15, 2010                 /s/ Nancy Curry

## DECLARATION OF JAIME MEJIA

I, JAIME MEJIA, do hereby declare and state as follows:

1. Nancy Curry is the Chapter 13 Trustee for Case No. LA 2:09-bk-31184-VZ, KOVE, GREGORY MARK, debtor.

2. I am employed by the Chapter 13 Trustee. I have personal knowledge of the facts set forth herein, and if called upon to do so, I could and would competently so testify.

3. In as much as the petition was filed on **August 11, 2009**, by **March 15, 2010** the debtor should have made **7** payments, totaling **$5789.00**.

4. Instead the debtor has made payments totaling **$3308.00**. resulting in a present delinquency of **$2481.00**.

   ($5789.00 - $3308.00 = $2481.00).

5. Attached hereto and incorporated herein by reference is a listing of all plan payments received by the Trustee.

6. Any questions relating to this calculation or this motion should be directed by telephone to (213) 689-3014, by fax to (213) 689-3055, or in writing to the Trustee.

I declare under penalty of perjury that the foregoing is true and complete to the best of my knowledge.

Executed at Los Angeles, California on March 15, 2010.

/s/ Jaime Mejia

Case Status Report - Receipts History

Page 1
Chapter 13

Status as of  3/15/2010

**0931184-VZ**

KOVE, GREGORY MARK

5422 CALVIN AVENUE  Atty: FRANK X. RUGGIER  55 Rmng of 60 Mos.
TARZANA CA 91356  Payment:  $827.00 Per M
First Pmt Date  09/10/2009  Delinquent  $0.00

| Check | Batch Id | Date | Amount Paid | Src | Type | Description | Employer |
|---|---|---|---|---|---|---|---|
| 103086 | 10010002 | 1/4/2010 | $827.00 | 3 | Cashiers Check | | |
| 460768 | 09110018 | 11/18/2009 | $827.00 | 3 | Cashiers Check | | |
| 438066 | 09100020 | 10/20/2009 | $827.00 | 3 | Cashiers Check | | |
| 693323 | 09090017 | 9/17/2009 | $827.00 | 3 | Cashiers Check | | |
| Total | | | $3,308.00 | | | | |

**PROOF OF SERVICE BY MAIL**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

RE:    KOVE, GREGORY MARK

CASE NO. LA 2:09-bk-31184-VZ

I declare that I am over the age of 18 years and not a party to the within action; that I am employed by Nancy Curry, Chapter 13 Trustee; and that on March 15, 2010 I served the within Notice and Motion To Dismiss Chapter 13 Case by Standing Trustee Because of Delinquent Plan Payments Pursuant to 11 USC §1307(c) by first class mail on:

| DEBTOR | ATTORNEY |
|---|---|
| KOVE, GREGORY MARK | FRANK X. RUGGIER |
| 5422 CALVIN AVENUE | 15760 VENTURA BLVD. #1100 |
| TARZANA, CA 91356 | ENCINO, CA 91436- |

I declare under penalty of perjury that the foregoing is true and complete to the best of my knowledge.

Executed at Los Angeles, California on March 15, 2010.

/s/ Jaime Mejia